Willie BAILEY, III, Plaintiff–Appellant,

v.

J. WEDELL; et al., Defendants–Appellees.

No. 10–17750.

United States Court of Appeals, Ninth Circuit.

Submitted March 6, 2012.*

Filed March 15, 2012.

Willie Bailey, III, Represa, CA, pro se.

William A. Krabbenhoft, AGCA–Office of the California Attorney General, Sacramento, CA, for Defendants–Appellees.

Before: B. FLETCHER, REINHARDT, and TASHIMA, Circuit Judges.

MEMORANDUM **

Willie Bailey, III, a California state prisoner, appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging that defendants were deliberately indifferent to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir.2004), and we affirm.

The district court properly granted summary judgment because Bailey failed to raise a genuine dispute of material fact as to whether defendants Penner, Turella, or Howard were involved in or had any control over ordering, scheduling, or performing the relevant surgeries. *See Taylor v. List*, 880 F.2d 1040, 1045 (9th Cir.1989) (no respondeat superior liability under § 1983; plaintiff must show personal involvement in alleged violations); *Leer v. Murphy*, 844 F.2d 628, 633 (9th Cir.1988) ("A person deprives another of a constitutional right, within the meaning of section 1983, if he does an affirmative act, participates in another's affirmative acts, or omits to perform an act which he is legally required to

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

do that causes the deprivation of which the plaintiff complains." (alteration, citation, and internal quotation marks omitted)).

Bailey's remaining contentions are unpersuasive.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.